**Raymond BROWN, a/k/a George Fields, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40703.**

Missouri Court of Appeals,
Western District.

Nov. 15, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 27, 1988.

T.D. Pawley, IV, Jefferson City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, C.J., and MANFORD and BERREY, JJ.

### ORDER

**PER CURIAM**

Appeal from denial, after evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).